**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00859-CV

————————————

**MOHAMMAD RAMEEL SHEIKH, Appellant**

**V.**

**SCF RC FUNDING IV LLC, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-56085**

---

## MEMORANDUM OPINION

Appellant, Mohammad Rameel Sheikh, representing that the parties have

reached an agreement to settle and compromise their differences in this appeal and

the underlying litigation, has filed an agreed motion to dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's agreed motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a); 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.